**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6945**

---

QUAMAINE DESHAWN CARMICHAEL,

      Plaintiff - Appellant,

    v.

OFFICER JOHNNY XAYAVONG,

      Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:22-cv-00003-MR)

---

Submitted:  February 22, 2024           Decided:  February 27, 2024

---

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Quamaine Deshawn Carmichael, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quamaine Deshawn Carmichael appeals the district court's order granting summary judgment to Defendant on Carmichael's 42 U.S.C. § 1983 claim of excessive force. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Carmichael v. Xayavong*, No. 5:22-cv-00003-MR (W.D.N.C. Aug. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*